IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SARA SWENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.:   2:07-2443 JTM |
| | ) |
| VALLEY VIEW BANCSHARES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On this date, the Court takes up Michael A. Childs and Brown & James, P.C.'s Motion to Withdraw as attorney of record for Defendant Valley View Bancshares, Inc. filed on February 18, 2008 (Doc. 15).

The Motion is GRANTED.

IT IS SO ORDERED.

February 19, 2008              s/   DONALD W. BOSTWICK
Date                              U.S. MAGISTRATE JUDGE